# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
### WHEELING

**EDWARD LAVON FERRIS,**

        Petitioner,

**v.**                                        **CIVIL ACTION NO. 5:19-CV-179**
                                              **(BAILEY)**

**CHRISTOPHER GOMEZ,**

        Respondent.

## ORDER ADOPTING REPORT AND RECOMMENDATION

On this day, the above-styled matter came before this Court for consideration of the

Report and Recommendation of United States Magistrate Judge James P. Mazzone [Doc.

8]. Pursuant to this Court's Local Rules, this action was referred to Magistrate Judge

Mazzone for submission of a proposed report and recommendation ("R&R"). Magistrate

Judge Mazzone filed his R&R on January 14, 2020, wherein he recommends petitioner's

Petition for Habeas Corpus Pursuant to 28 U.S.C. § 2241 [Doc. 1] be denied and dismissed

without prejudice for lack of jurisdiction and plaintiff's Motion for Leave to Proceed In Forma

Pauperis [Doc. 2] be denied as moot.

Pursuant to 28 U.S.C. § 636(b)(1)(c), this Court is required to make a *de novo* review

of those portions of the magistrate judge's findings to which objection is made. However, the

Court is not required to review, under a *de novo* or any other standard, the factual or legal

conclusions of the magistrate judge as to those portions of the findings or recommendation

to which no objections are addressed. ***Thomas v. Arn***, 474 U.S. 140, 150 (1985). In

addition, failure to file timely objections constitutes a waiver of *de novo* review and the right to appeal this Court's Order. 28 U.S.C. § 636(b)(1); ***Snyder v. Ridenour***, 889 F.2d 1363, 1366 (4th Cir. 1989); ***United States v. Schronce***, 727 F.2d 91, 94 (4th Cir. 1984). Here, objections to Magistrate Judge Mazzone's R&R were due within fourteen (14) days of service, pursuant to 28 U.S.C. § 636(b)(1) and Fed. R. Civ. P. 72(b). The docket reflects that service was accepted on January 16, 2020 [Doc. 9]. To date, no objections have been filed. Accordingly, this Court will review the R&R for clear error.

Upon careful review of the above, it is the opinion of this Court that the Report and Recommendation **[Doc. 8]** should be, and is, hereby **ORDERED ADOPTED** for the reasons more fully stated in the magistrate judge's report. Accordingly, petitioner's Petition for Habeas Corpus Pursuant to 28 U.S.C. § 2241 **[Doc. 1]** is hereby **DENIED** and **DISMISSED WITHOUT PREJUDICE** for lack of jurisdiction and petitioner's Motion for Leave to Proceed In Forma Pauperis **[Doc. 2]** is hereby **DENIED AS MOOT**. This Court further **ORDERS** that this matter be **STRICKEN** from the active docket of this Court and **DIRECTS** the Clerk to enter judgment in favor of respondent.

It is so **ORDERED**.

The Clerk is directed to transmit copies of this Order to any counsel of record herein and to mail a copy to the *pro se* petitioner.

**DATED**: February 4, 2020.

JOHN PRESTON BAILEY
UNITED STATES DISTRICT JUDGE

2